1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M & I TRUCKERS INC., an Illinois corporation; MARLUH IZAGUIRRE, an individual,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01196-JLS(SKx)<br><br>**JUDGMENT** |

Pursuant to the Order Granting the parties' Joint Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff Balboa Capital, and against Defendants M & I Truckers Inc., an Illinois corporation, and Marluh Izaguirre, an individual, jointly and severally in the total amount of **$168,418.38**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $157,287.00, on the Settlement Agreement (the "Settlement");

    b. Attorneys' fees in the amount of $7,425.90, calculated in accordance with Local Rule 55-3 based upon the full settlement amount of $191,295.00;

    c. Prejudgment interest in the amount of $3,102.48, at the statutory rate of ten percent (10%) per annum, from May 22, 2025 (the date of breach), to August 1, 2025 (the date of entry of Judgment), on the Settlement; and

    d. Costs in the amount of $603.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATE: August 1, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE